# EXHIBIT 1

Page 1

1
2

RUBY GREEN,

3
    Plaintiff,

4
vs.                              CASE NO: 20-cv-62160-BLOOM/Valle

5
HOWARD FINKELSTEIN, INDIVIDUALLY, IN HIS

6
CAPACITY AS PUBLIC DEFENDER FOR
BROWARD COUNTY, AND THE OFFICE OF THE

7
PUBLIC DEFENDANT FOR BROWARD COUNTY,

8
    Defendants.
_____/

9
10
11

TRANSCRIBED BY:        Denise Smith Byer, RPR, FPR

12
                        Notary Public, State of
                        Florida

13
                        Pages 1 - 47

14
15
16
17
18
19
20
21
22
23
24
25

1    PROCEEDINGS
2        MR. DARREL ADAMS: Okay. Good evening. We are
3    now here with Ruby Lenora Green. She is a candidate
4    for Broward County public defender.
5        And good evening, Ruby. And how are you doing
6    this evening?
7        MS. GREEN: Good evening. Thank you so much
8    for having me. I'm doing very well. Very tired
9    from the polls, but very well.
10       MR. DARREL ADAMS: Yes, yes, yes, yes. So
11   going out to vote is very important. It's
12   imperative that we all go out and vote.
13       Well, first we want to thank you for coming on
14   the Adams Brothers podcast. We do appreciate you
15   taking the time out of your schedule to come talk
16   with us.
17       MS. GREEN: No. No problem. I appreciate
18   what-- you having me, actually.
19       MR. DARREL ADAMS: You're very welcome. You're
20   very welcome.
21       Okay. So why don't we start off with -- just
22   tell us a little bit about you and where you grew up
23   and where you went to school, your education and,
24   you know, what led you up to wanting -- wanting to
25   run for public defender.

1        MS. GREEN: Okay. Well, for those of you who
2    do not know me, my name is Ruby Lenora Green. I am
3    actually a public defender at the Broward County
4    Public Defender's Office in the career criminal
5    unit.
6        And I've been a public defender for almost 11
7    years. And I'm from Pompano Beach, from Collier
8    City. I grew up there. I'm one of 15 kids. I'm
9    the first and only to graduate and go to college.
10       By the second grade, actually, I was the sole
11   document signer in my household because my mom
12   couldn't read or write. And, you know, she had to
13   leave school early because she had to pick beans,
14   cottons and strawberries in the fields.
15       And, you know, by 13, I was actually sold for
16   drugs. That's something that, you know, human --
17   human trafficking in, you know, the black community
18   is real. And, you know, a lot of times we, people
19   of color, are being prosecuted for stuff like that,
20   just for you being, you know, trafficked. And we
21   see a lot of that on TV nowadays.
22       I actually did not know that I was going to be
23   able to go to college. I didn't think about
24   college. I thought that I was going to work at
25   McDonald's for the rest of my life. I thought that

1    that was going to be my end all, be all, and, you
2    know, that's what people were telling me. I was
3    told actually that I was going to be nothing but a
4    two-cent hooker living on the streets with ten
5    kids.
6        And, you know, I'm a mother of one. But I -- I
7    had actually a guidance counselor who convinced me
8    to go to college because she thought that I had very
9    good grades. And, you know, I was kind of worried
10   about doing that, because, you know -- because in
11   family, you know, I was very comfortable where I'm
12   at. And, you know, I literally thought that
13   McDonald's was going to take me where I needed to
14   go.
15       And, you know, not to, you know, put shame to
16   anyone who works at McDonald's, but, you know, we
17   need to see that, you know, it's just a
18   steppingstone to where we can go in life, and we
19   need to see people that look like us that can tell
20   us that we can do more with our lives. And, you
21   know, I finally got that person in my life to tell
22   me that and teach me, you know, that.
23       And so I went to college. I went to Florida
24   State University.
25       MR. DARREL ADAMS: I got on the burgundy

1    shirt.
2        MS. GREEN: Go 'Noles. And when I went to
3    Florida State, it was actually the only school that
4    I applied to because I didn't know any better in
5    the -- you know, my guidance counselor, basically
6    talked to me a little bit about Florida State
7    University, and they had this program called CARE,
8    the Center for Academic Retention and Enrichment
9    Program. And it was for first-generation college
10   students.
11       And, you know, I went -- I went through that
12   program, and I graduated cum laude from Florida
13   State University within three out of the four years.
14   And then I went on to law school. And I graduated
15   law school, got my juris doctorate, graduated law
16   school early as well, went to two out of the three
17   years.
18       And the entire time I was in law school, I
19   worked at the Public Defender's Office. You know,
20   it was -- I was just drawn to the public defender's
21   office. And, you know, even before I had my bar
22   license, I got -- you know, I was a volunteer. I
23   then became an investigator at the Public Defender's
24   Office, so I did all the work that nobody else
25   wanted to do.

2 (Pages 2 - 5)

Page 6

1    Then I was a -- like a legal fellow. And then
2  the Supreme Court gave me permission -- it's called
3  certified legal intern -- in order to represent
4  people under supervision. So I worked at the Public
5  Defender's Office, you know, as a certified legal
6  intern, also being able to try cases and represent
7  people. And, you know, after I did that for three
8  years with the Public Defender's Office in
9  Jacksonville, I transferred back down to Broward
10  County, and I've been in Broward County ever
11  since.
12    I've been a supervisor and chief of the Broward
13  County Public Defender's Office. I was actually the
14  youngest chief at the Broward County Public
15  Defender's Office. I was asked to be a chief, you
16  know, at the age of 28 and -- of the misdemeanor
17  court.
18    And, you know, we need change at the Broward
19  County Public Defender's Office, because a black
20  face in a high place doesn't always want to advance
21  the race. And I saw that at the Broward County
22  Public Defender's Office. And it's shameful.
23    I was told as a supervisor -- as a supervisor
24  and as a chief, not to go to the courtroom, not to
25  train our attorneys. You know, and I'm just really

Page 7

1  getting into the reasons why it really wanted --
2  made me want to run. Not to train my -- the
3  attorneys.
4    And we already have this stereotype at the
5  Broward County Public Defender's Office, at any
6  Public Defender's Office, that we don't represent
7  our clients, that we work against them. You know,
8  they call us public pretenders. You know, they
9  don't think that we're real attorneys.
10    So why would you as an administration want to
11  not do stuff like that? Why would you, as an
12  administration, when George Floyd happened, why
13  would you tell the office not to march in solidarity
14  with Black Lives Matters? Why would you as an
15  administration not want to hire people who look, you
16  know, like the people that are filling the boxes?
17  You know, that was a concern that I had, and that's
18  why I decided to run.
19    MR. DARREL ADAMS: Okay. Well, that's -- you
20  know, everybody needs some representation, and a lot
21  of people that come to the -- through the court
22  system, they're people that look like you and me and
23  Wayne. You know, and I don't know why somebody
24  would want to say something like that, that don't
25  train them or, you know, don't --

Page 8

1    MS. GREEN: Uh-huh.
2    MR. DARREL ADAMS: -- why would you want to
3  represent them? But, obviously, there's some stuff
4  that's like that that's going on, you know.
5    MS. GREEN: Yeah. Yep.
6    MR. DARREL ADAMS: All right.
7    MS. GREEN: It's sad. It's sad. Right --
8  right under our noses. Right under our noses.
9    MR. DARREL ADAMS: Right under our noses.
10    So that leads me to my first question: What
11  are the three biggest challenges facing the Public
12  Defender's Office?
13    MS. GREEN: One is funding; two is keeping our
14  experienced attorneys; and three is the morale.
15    And, you know, I -- you know, I can go into
16  depth. The funding situation is really, really
17  horrible at the Public Defender's Office. And, you
18  know, it kind of a trick- -- it's kind of like a
19  trickle effect. So, you know, if you don't have
20  anyone in Tallahassee, you know, fighting for
21  funding for people at your office, you know, then
22  we're going to have a problem.
23    The first problem is, is that you're going to
24  get your experienced attorneys that are leaving, you
25  know, because of the fact that they want to make

Page 9

1  more money elsewhere. You're not, you know,
2  boosting the morale. You're not, you know,
3  providing them with the funding that they need in
4  order to be able to stay. Sometimes people will
5  stay and sacrifice the higher salary because they
6  love the job but not when you're treating people as
7  if they're disposable.
8    I worked in the Public Defender's Office at
9  this office for eight and a half years. Five of
10  those years I've had either two or three jobs at the
11  same time.
12    You have to understand that we as public
13  defenders, we have big, big, big, big roles. And
14  one of those roles is going to court, trying cases,
15  taking depositions, filing motions, arguing those
16  motions in court. And you have to visit your
17  clients at the jail. Which we all should be doing.
18  All of those things we should be doing.
19    But, you know, a lot of people at the Public
20  Defender's Office feel as if the administration --
21  because the administration isn't also doing that. I
22  mean, we have a boss that we never see at work. He
23  maybe comes to work maybe once or twice a week for
24  maybe an hour or two, doesn't know people's names,
25  you know, stuff like that. And then we get an

3 (Pages 6 - 9)

Page 10

1  e-mail to the people at the office, the attorneys
2  and the staff at the office, that other people from
3  other circuits are going to Tallahassee to fight for
4  funding for their people.
5      What are our people going to do with that
6  e-mail?  Are they going to eat the e-mail?  Are they
7  going to take that e-mail to the light bill place
8  and say, hey, you know, my boss says somebody else
9  going to fight for they people to get, you know,
10  money, but they ain't doing it for us?  So, you
11  know, what are we going to do with an e-mail?  What
12  are we going to do?  Why can't you go up there just
13  the same as these other public defenders around the
14  state are going to Tallahassee to fight for their
15  people for?
16      It needs to stop.  Like, we need change.  And,
17  you know, it's just a trickle effect.  We have
18  attorneys at the office who, you know, once we get
19  our experienced attorneys that are out, then we have
20  to move people up that may have been, you know, in
21  felony for a very short time.  And some of the
22  attorneys don't even feel comfortable with
23  representing their clients.
24      You tell me, if you get an attorney that has
25  never tried a felony case -- and we have some

Page 11

1  attorneys that are lead attorneys, lead felony
2  attorneys, that need to try felony cases, and
3  they've never tried their own felony cases.
4      So if you are arrested for a crime that you
5  could be facing life in prison for, and you have an
6  attorney that has never tried a felony case before,
7  are you going to feel comfortable with them
8  representing you?
9      MR. DARREL ADAMS:  No.  I wouldn't.  I
10  wouldn't.
11      MS. GREEN:  I wouldn't either.  I wouldn't.  I
12  do it -- I do it myself, you know.
13      MR. DARREL ADAMS:  So it's kind of like a
14  revolving door going -- that return --
15      MS. GREEN:  Yeah.
16      MR. DARREL ADAMS:  -- it's coming in and out,
17  and they come in and get a little bit of experience
18  and then they leave for higher pay --
19      MS. GREEN:  Yes.
20      MR. DARREL ADAMS:  -- somewhere else.
21      MS. GREEN:  Yeah.  Yeah.  Uh-huh.
22      MR. DARREL ADAMS:  Wow.  Unbelievable.
23      MS. GREEN:  Yeah.  But, you know -- but it's so
24  easy to retain people because of the fact that, you
25  know, we need to have that morale as well.  There

Page 12

1  are plenty of people that are willing to stay.
2  Plenty of people.
3      But I'm telling you, if you're treated like
4  trash in your own office, you know, you're -- you're
5  wanting someone to fight for you.  If we saw someone
6  just fighting for us in Tallahassee, you'd think
7  that we would want to leave the job because we --
8  no.  Because we know that someone's fighting for us.
9      But if no one is even taking a step to even do
10  that for you, why would you even stay?  What's
11  the -- why would you?  What's the incentive?  You're
12  not giving me any.
13      MR. DARREL ADAMS:  Right.  Thank you for that.
14  Wayne?
15      MR. WAYNE ADAMS:  Wow.  I'm learning a lot here
16  today.
17      MR. DARREL ADAMS:  So am I.  So am I.
18      MR. WAYNE ADAMS:  (Inaudible) from listening to
19  people about the Public Defender's Office, but I
20  don't think that I know as much as what I just
21  heard.
22      Okay.  Ms. Green, have you ever been referred
23  to the Florida Bar for any type of discipline?
24      MS. GREEN:  No.  No.  No disciplinary actions
25  on my part.  Nope.  No disciplinary actions.  And no

Page 13

1  what we call 3.850s where a court decides that we
2  were ineffective assistance of counsel.  None of
3  those.
4      I do have opponents who have, who actually had
5  one of their clients sentenced to life in prison in
6  2003 or '4.  The State Attorney Office recently just
7  basically said that they need to, it's necessary
8  that they, you know, reverse that -- that conviction
9  and release this person from prison.  And it's
10  because of the attorney was found ineffective
11  assistance of counsel.  They didn't relay an offer
12  to a client, and they didn't file a motion on the
13  client's behalf.
14      MR. WAYNE ADAMS:  Okay.  And, you know, I was
15  going to ask you a question, you know, what would
16  differentiate you between Mr. Finkelstein.  But
17  you -- you -- you -- you pretty much engaged me
18  everything that I needed to know.
19      And, you know, I was always told that he was a
20  friend of the black community.  You know, I heard
21  it, but I was like kind of skeptical because of some
22  of the things I saw him say during the O.J. Simpson
23  trial back over 20 years ago.
24      MS. GREEN:  Yep.  Yep.  I -- I -- and, you
25  know, I'm going to let you finish because I have

Page 14

1  some words about that too. Uh-huh.
2       MR. WAYNE ADAMS: I saw him with Patrick Fraser
3  on Channel 7, and I heard some of the things that he
4  was saying, especially with the juries.
5       MS. GREEN: Yep.
6       MR. WAYNE ADAMS: And I was always skeptical of
7  him about that. But I tell you what, you have
8  really opened my eyes to a lot of things. And that's
9  why it's good to have someone that look like us --
10      MS. GREEN: Yes.
11      MR. WAYNE ADAMS: -- in the State Attorney's
12 Office. And I'm not talking about a puppet either.
13      MS. GREEN: Always.
14      MR. WAYNE ADAMS: So, see, we have a lot of
15 black faces in places like the State Attorney and
16 other places -- but they a puppet. Puppet is not
17 going to do anything --
18      MS. GREEN: Yeah.
19      MR. WAYNE ADAMS: -- for the furtherment of
20 black people. So I'll let you go on and say
21 exactly what you wanted to say.
22      MS. GREEN: No, like -- no, it's entirely true.
23 When you have puppets -- and that's one of the
24 things. I can tell you that there are people at the
25 office who will, you know, be -- they need Howard's

Page 15

1  endorsement, so to say. So they're not going to
2  speak up for our cause, so -- even if he doing
3  something wrong.
4       That's why I'm saying, like, if you have -- if
5  you see that the community is having issues and, you
6  know, especially with the representation of our
7  clients and how we're being treated, black people
8  are being arrested, disproportionately, you see
9  that, you know that, and you've advocated for that,
10 so you say, and then you go out on a limb and just
11 tell the entire office that we can't march in
12 solidarity with Black Lives Matter, when every
13 single other office in the Brow-- in state --
14 Florida, state of Florida, was marching in
15 solidarity with Black Lives Matter? That's a
16 concern. That is a big concern.
17      And then, like, for me to be the only person
18 from -- you know, not the only person actually from
19 the office, there are plenty of people that were
20 outside of the office, and only a select few that
21 were in the office that were brave enough to still
22 go out and march because they know what it meant and
23 they know what it means for black people.
24      You know, and the jail is right -- one of the
25 jails, actually, in Broward County is right behind

Page 16

1  the courthouse. So we -- we started there. You
2  know, they need -- they need to see us. They need
3  to see that we care about them and, you know,
4  everything that's going on in the criminal and
5  justice system.
6       MR. WAYNE ADAMS: And, you know, I never
7  understand why a lot of the men just sit back,
8  especially some of the black men, just sit back and
9  stay silent, you know, and the women are always
10 riders. Always see the women riding, you know --
11      MS. GREEN: Yep.
12      MR. WAYNE ADAMS: -- trying to make changes.
13 And I notice the men sit back and act like they're
14 afraid to even speak up and say anything. You know,
15 it's sinful.
16      MS. GREEN: But the -- but the TV and the
17 newspaper would have it make you think that all
18 these things are going on, all these great things,
19 when it's not. Because all you doing is sending a
20 letter. What is a -- stop sending letters and stop
21 sending e-mails. Why don't you go and bust them
22 doors open? Why don't you go and sit down in
23 somebody's face, pick up the phone and call them and
24 tell them what you want, the demands?
25      That's why we not -- we're not getting

Page 17

1  anywhere. The news articles and the paper and all
2  the limelight, attention, that's great. But we
3  didn't come -- we don't accomplish anything from any
4  of those, nothing. You know, all we get is a shiny
5  news article saying, oh, oh, this is what they wrote
6  in the paper, you know, to this person. But nothing
7  comes of it. Nothing comes of it. Because people
8  just probably balled up that letter and shot --
9  throw it in the trash. We need action.
10      MR. WAYNE ADAMS: Yeah. And how many cases
11 have you tried in front of a jury with a verdict?
12      MS. GREEN: I've tried -- I've tried 56 cases
13 as of March, you know. March was actually -- we
14 closed down March 13 for coronavirus. I was
15 actually in trial until 7 p.m. that day, well after
16 the courthouse closed at 5:00.
17      You know, we were getting kicked out when the
18 jury was delivering the verdict. I'm actually the
19 only person that is on the ballot that has tried
20 cases within the past 20 years.
21      MR. WAYNE ADAMS: Okay. One follow-up
22 question to everything you said. How would you
23 assess the performance of the outgoing public
24 defender?
25      MS. GREEN: I -- I think that for his time, he

5 (Pages 14 - 17)

Page 18

1   has done some -- some good things, you know. He
2   created the mental health court. Now, at some point
3   or another he then wanted to dismantle the mental
4   health court. A lot of people don't know that.
5   That was a concern.
6       I think that in his day when he was trying
7   cases and stuff like that, he had all the glory and
8   all the attention, you know, I think that -- you
9   know, that was his limelight. That was his period.
10  That was his time. You know, I can't take that part
11  away from him. You know, he's really had a platform
12  that nobody else has been able to have. He's had
13  his own TV show, you know.
14      MR. WAYNE ADAMS: Right.
15      MS. GREEN: We wouldn't have been able to do
16  that.
17      You tell me, if we were drug addicts and we
18  used to come to court with cocaine on their noses,
19  you know, would we be able to be in a position that
20  he would be able to be in? No.
21      There's completely different sentiments about,
22  you know, how he chose to, you know, do his time as
23  a public defender.
24      Now, I'm going to be completely different
25  because of the fact that, you know, he never tried

Page 19

1   any cases as public defender. You see Mike Sacks
2   around here, Mike Sacks was in office for 44 years.
3   He's still trying cases.
4       You know, that's what -- one of the things that
5   I actually respected about the fact that they had
6   a -- you know, a politician that was actually
7   sitting up there doing the job that he, you know --
8   the voters voted him to do, you know. But we didn't
9   have that. We don't have anyone that's in the
10  position right now that the voters actually voted
11  for him to be doing the position that he wanted to
12  do.
13      He hasn't had any cases. Hasn't had any -- had
14  nothing. Like no jail visits. I don't even think
15  any jail calls, anything like that. It's just you
16  just get to go home and play golf, and, you know,
17  that is your day.
18      And, you know, we don't need that. It's
19  time -- it's not time to be complacent. You know,
20  it's -- it's really not. And that's what we have
21  had for quite a long time. Quite a long time.
22  Complacency.
23      MR. WAYNE ADAMS: Well, that tells you white
24  privilege is alive and well in Broward County,
25  Florida.

Page 20

1       MS. GREEN: Uh-huh. Yep.
2       MR. WAYNE ADAMS: Darrel.
3       MR. DARREL ADAMS: Ms. Green, obviously you are
4   running as a Democrat. And my question to you --
5   and I ask this question to all of the candidates.
6   Have you always been a Democrat? And if not, when
7   did you change your party affiliation, and why?
8       MS. GREEN: I've always been a Democrat.
9   Changed my party, never.
10      MR. DARREL ADAMS: Never.
11      MS. GREEN: Yes.
12      MR. DARREL ADAMS: That was -- that was a short
13  answer, you know. And we always ask this question
14  because, you know, you have some people --
15      MS. GREEN: Yep.
16      MR. DARREL ADAMS: -- that come -- candidates
17  come here from wherever else, and they come here and
18  they're -- they're a Democrat, and then they change
19  it to Republican, or they're a Republican and they
20  change it to -- their party affiliation to be a
21  Democrat, you know, and they know that Broward
22  County is a county that votes heavily Democratic.
23      So I always ask that question to everybody to
24  be fair.
25      So you've always been a lifelong Democrat.

Page 21

1       MS. GREEN: Uh-huh.
2       MR. DARREL ADAMS: Okay.
3       Okay. My second question was, if elected to
4   the State Attorney's -- I mean, I'm sorry --
5       MS. GREEN: Public Defender's Office.
6       MR. DARREL ADAMS: -- the Public Defender, how
7   would you address the problem of racial disparities
8   in the criminal justice system?
9       MS. GREEN: This -- that's -- that's one thing
10  that we need to do. We need to make sure that we're
11  tracking them. You know, racial disparity is
12  apparent, and it has been that way for many, many,
13  years.
14      We already know that the criminal justice
15  system was a mechanism that was relegated -- you
16  know, that has relegated millions of people of color
17  into a second class citizenship. You know, we're
18  basically second class citizens. And it has, you
19  know, basically taken away rights of our clients,
20  you know, voting rights, housing, jobs. And so
21  they're stuck in this revolving door. And that has
22  been an issue.
23      So we need to talk, have actually
24  communications with police departments. We need to
25  have communications with the State Attorney's Office

6 (Pages 18 - 21)

Page 22

1   to see what it is. Because we already know that
2   race -- race plays a part in police practices,
3   policies and procedures. It does.
4         You know, I already -- I'll go to schools, and
5   I talk to class from very different neighborhoods,
6   inner city and, you know, cities that are well off.
7   And the cities that are well off, those kids are
8   saying, you know, no, this officer just took me
9   home, you know, to my mom and my parents, gave me a
10  warning. They didn't even go in and talk to the
11  parents, some of them, you know.
12        And then in our schools and stuff like that,
13  our kids are saying, no, they're being arrested for
14  the exact same things as these kids in the other
15  cities. The exact same things, they're being
16  arrested. We need to be in the streets. We need to
17  be advocating on the behalf of our people. And
18  that's something that we're not doing. And we're
19  not tracking these numbers.
20        We had a whole I think news journal that came
21  in, you know, a couple of years ago that basically
22  said that, you know, somebody in my race, you know,
23  was sentencing people harshly, you know, and all
24  this other stuff. But why did it take that
25  newspaper or that news journal to come in and do

Page 23

1   that? Why -- why couldn't our office have these
2   statistics? That's something that we're going to
3   need to be doing.
4         We need to stay in everybody's faces, and we
5   need to be checking with the attorneys as to what
6   these offers are and, you know, why our clients
7   either pleaded out or why the judge is handing out
8   these harsh sentences. And we need to understand
9   that there's implicit bias in the criminal justice
10  system. There is, you know. It just is. And, you
11  know, it has -- it stems from, you know, slavery,
12  and, you know, I don't have to get into all that.
13        But there's a lot that I'm going to have to be
14  doing, and that includes advocating to my state
15  legislatures for certain bills and -- you know,
16  it's -- it's going to be a lot that I'm going to be
17  doing when it comes to racial disparities. I can
18  just tell you. I'm going to be in everybody's
19  faces.
20        MR. DARREL ADAMS: Well, that's good. That's
21  good to hear.
22        And also as like a little follow-up, how would
23  you address the issues of black and brown defendants
24  receiving harsher and longer sentences than white
25  defendants who have committed the same crime?

Page 24

1         MS. GREEN: Yeah. That's -- that's another
2   thing. We -- that -- that really is going to also
3   come with whether -- who our new state attorney is
4   going to be. Now, we got a lot of state attorneys
5   that are running, and, you know, a lot of them seem
6   to be very pro criminal justice reform. And I'm
7   hoping that's true. Because a lot of people don't
8   understand that, you know, as public defenders, we
9   do not make the law. Okay. So more often than not,
10  the law's already given to us, you know, in a book,
11  statute book.
12        MR. DARREL ADAMS: Right.
13        MS. GREEN: And the state attorney actually has
14  the most power in the courtroom. I'm not saying
15  that, hey -- I'm not saying that we can't go out
16  there. No, I want you to be a zealous advocate. I
17  will be in the court. I will be after you. I will
18  be standing our -- my ground for me and my client.
19  I can tell you that.
20        But the state attorney can waive minimum
21  mandatories. Judges cannot, you know. So we have
22  situations where, you know, you have prosecutors who
23  maybe have grown up with silver spoons in their
24  mouths and, you know, they don't understand that
25  this person came from this place and, you know, the

Page 25

1   mitigation and why they're acting this way and why
2   they can't find a job and why it's so hard. They
3   don't understand that. They don't understand that
4   the moment that you're branded as a criminal and
5   you're black, that, you know, that's it. That's it
6   for you. That's your job. You can't get housing.
7   You can't vote. You can't do a lot of these things
8   that they're wanting you to do because of it.
9         So that's going to -- it's really going to
10  depend, too, on who we get as a state attorney and,
11  you know, making sure that we actually have public
12  defenders that are zealous advocates in fighting for
13  the rights of the clients. That that's what we need
14  to be hiring and training the attorneys to do. They
15  need to see the public defender in court doing what
16  you do best, which is either trying a case or
17  arguing on the behalf of clients. It's important.
18        And, you know, it's also going to follow up
19  with, you know, criminal justice reform bills
20  with -- again, I can't make law, but I can advocate
21  for them.
22        MR. DARREL ADAMS: All right. Thank you.
23  Wayne.
24        MS. GREEN: No problem.
25        MR. WAYNE ADAMS: Ms. Green, what would you do

7 (Pages 22 - 25)

Page 26

1  to address defendants with mental issues? I know
2  you said Mr. Finkelstein did some things. But what
3  would -- what steps further would you do or would
4  you take any steps further?
5      MS. GREEN: We need to start as a community
6  taking certain steps to not calling the cops for
7  everything. We -- we tend to do a lot with police
8  officers. Our kids acting up in school, oh, let's
9  call the cops. You know, someone has a mental
10  illness, oh, let's call the cops.
11      We have given officers a lot more roles than
12  what they were meant to have, and it's only because
13  we as the community didn't want to deal with these
14  types of things. That's a problem. We need to take
15  these roles back. That's where it comes with
16  defunding -- a lot of people don't like defunding
17  the police, but, okay, reallocation of funds, to go
18  into other community resource programs. We need
19  more mental health treatment programs.
20      A lot of people don't know this, but we burnt
21  some bridges, our office had burnt some bridges with
22  some treatment programs and, you know, mental health
23  stuff, and we can't be doing that. You want to
24  dismantle mental health court? What, like, how --
25  why? It doesn't make any sense.

Page 27

1      So we need to make sure that we're providing
2  our clients with more access to mental health
3  treatment as well. So, for one, stop -- let's stop
4  with calling the cops on every Tom, Dick and Harry,
5  you know, just because of something, and you know
6  that they're mentally ill. You're thinking that an
7  officer is going to take this person to get checked
8  out over arresting them? No. That's not going to
9  happen, you know.
10      And so -- and we always get these calls from
11  family members saying, oh, I didn't mean for this to
12  happen. You know, I didn't want this to happen.
13  Well, this is -- that's the outcome. That's the
14  outcome. And sometimes -- and especially if they
15  come into my courtroom, more often than not, then
16  they have a mandatory minimum, you know, sentence.
17  And, you know, it just spirals out of control. So
18  we need to do more about making sure that our
19  clients have more and better access to these
20  programs.
21      And, you know, we have a lot out there. We
22  just need to, you know, link them with the
23  resources. We need a social worker. A public
24  defender normally takes the role of being your mama,
25  your daddy, your uncle, your auntie, your grandma,

Page 28

1  your social worker, your case manager, your doctor
2  and your lawyer. You know, we need someone at the
3  office that can also take care of those aspects of
4  finding placement for our clients and, you know,
5  making sure that they can get adequate treatment.
6      MR. WAYNE ADAMS: Okay. How do you feel about
7  the death penalty?
8      MS. GREEN: You know, that -- that right there
9  is a very, very sentimental question, and I'm going
10  to say this because my brother actually was
11  murdered.
12      And I can tell you to this day I still do not
13  support the death penalty. I do not believe that it
14  works. I do believe that it's also
15  disproportionate.
16      And you have to also realize and know the
17  facts, and the fact of the matter is, is that
18  Broward County is, you know, number one in wrongful
19  accusations and wrongful convictions. Broward
20  County, number one. State of Florida is number one,
21  and Broward County is number one within that. You
22  know, that's too much. What if we get it wrong, you
23  know?
24      So, we're sitting around here trying to
25  sentence all these people to death, and they didn't

Page 29

1  do it. And, you know, science has proven this time
2  and time again. Movies have, you know, showed in --
3  you know, us that this is not an effective, you
4  know, mechanism of making sure that people do not
5  commit certain crimes. It's just not.
6      MR. WAYNE ADAMS: And, you know, we also had a
7  sister who was murdered back in 1986 by a defendant
8  who murdered another childhood friend of ours. And
9  I must say, you know, in cases like that where the
10  evidence is -- is -- is high, I mean, without a
11  doubt, I believe in the death penalty for those
12  cases.
13      But in a lot of other cases that you're talking
14  about, you know, it's very questionable. I wouldn't
15  walk the fine line. But the cases like, you know,
16  what happened to my sister, I definitely would truly
17  like to see the death penalty imposed.
18      MS. GREEN: Yeah. Well, you know what, like,
19  when it comes to -- and I always say this, too.
20  Like, when it comes to real heinous crimes, like the
21  evidence is stacked against you and stuff like that,
22  we have -- you know, like that -- it's some- -- it's
23  going to be a part of the system. Let's just be
24  real. But, you know, Hitler and everything, of
25  course, triumph, you know.

8 (Pages 26 - 29)

Page 30

1    So I'm -- and, you know, it just -- it really
2 depends on the situation. But for the fact of the
3 matter is, is that I -- I need to be sure. I need
4 to be 100 percent. And, you know, that's not
5 leaving any room for doubt. I need to be
6 100 percent that this crime was committed in order
7 for me to vote for the death penalty. If I have any
8 little doubt, there's a problem, because of the fact
9 that I know about how -- you know, the wrongful
10 convictions. And it's -- it's just too much. The
11 numbers are just too high. And I wouldn't have --
12 want that on my heart, you know, going in -- you
13 know, into the -- you know, the heavens that I sent
14 somebody to die and they were totally innocent.
15    MR. WAYNE ADAMS: Yes. And -- and I feel like
16 what happened to -- and I'm always we're very --
17 we're very sensitive to stories like this.
18    May I ask you what happened?
19    MS. GREEN: With my brother?
20    MR. WAYNE ADAMS: With your brother, yes.
21    MS. GREEN: Yeah. He -- apparently it was like
22 a fight over a woman, and they -- they didn't
23 actually fight. It was really an argument. And my
24 brother turned to walk off, and the guy shot him in
25 the back. Yeah.

Page 31

1    MR. DARREL ADAMS: Wow.
2    MS. GREEN: Yeah.
3    MR. WAYNE ADAMS: We just had a similar case
4 like this from one of our ex-coworker's son this
5 morning, just found out that happened. It was
6 something, I guess, very similar. Just this
7 morning.
8    I got one more question for you. What -- what
9 state statute would you like to see changed? I
10 think I got a good idea from what you said a little
11 bit ago. But what state statute would you like to
12 see changed?
13    MS. GREEN: 775, mandatory minimums, they got
14 to go. They just got to go. They really do.
15    MR. WAYNE ADAMS: Yeah.
16    MS. GREEN: We have to understand that.
17    And I'm a true believer that we need to at some
18 point believe in second chances. And when it comes
19 to situations that I've been seeing recently, i.e.,
20 we got two cases in the office over the summer,
21 during mango season, for people being charged with
22 burglary of dwellings for taking mangos out of the
23 tree.
24    Now, these are the highest sentences that
25 someone can give you at this point. Unless -- I

Page 32

1 mean, unless they can prove that you were armed or
2 some such -- some sort.
3    But burglary of a dwelling for taking a mango
4 out of a tree? You can just say trespass, but you
5 wanted this person of color to be scoring automatic
6 prison, right? Just automatic prison. And if they
7 have a certain designation, if let's say they got
8 out of prison within the past three years or, you
9 know, something like that and -- you know, then
10 that's a mandatory minimum of 15 years. 15 years
11 for a mango.
12    And I think about stuff like that. And I think
13 about me enjoying my mango seasons, you know. As a
14 kid, too, going to everybody and their mama tree,
15 taking mango, plucking mangos from the tree. Can
16 you imagine going to prison for that reason? You
17 eat these mangos for breakfast, lunch and dinner.
18 You know, that's -- that is just -- it just can't
19 be. I just can't fathom sending someone away or
20 having someone sent away for that long. It's
21 just -- doesn't make any sense to me.
22    MR. WAYNE ADAMS: Uh-huh.
23    MS. GREEN: I understand you don't want nobody
24 in your yard, but that -- you know, that's an easy
25 trespass, too.

Page 33

1    You know, but the laws are clear, you can
2 charge them with, you know, burglary of a dwelling.
3 You know, it's theft, essentially, from taking from
4 their property.
5    MR. WAYNE ADAMS: Okay. Is there any case that
6 you tried in the past that had you up at night
7 thinking something you could have done a little
8 differently or something you could have said or just
9 done -- an action you could have a little different?
10    MS. GREEN: Every single case that I try, even
11 when I win, even -- all the time, even when I win,
12 you -- if -- I don't know. I don't know if
13 everybody feels this way. But I truly love being in
14 the courtrooms and arguing in front of a jury. I
15 truly do.
16    But I can tell you, I'm always afraid that
17 they're going to go against me and what I say. Even
18 if they love me, you know, the facts are what they
19 are. Sometimes you have to tell yourself that, the
20 facts are what they are. You can't change the
21 facts. You really can't, you know. You can make
22 the jury try and see your side or whatever, but you
23 really can't change the facts. Right? So every
24 single -- every -- every case.
25    You know, the last case that I tried was a --

Veritext Legal Solutions

800-726-7007                                    305-376-8800

Page 34

1   you know, a robbery, you know, with a deadly weapon.
2   And, you know, I always am up thinking about that
3   case and, you know, what -- even while I'm trying
4   it, especially, but what I could do better for the
5   next day or in hindsight, oh, I missed to say this.
6   I wanted to say this.
7       But even when I win the case, I always say, oh,
8   man, I really wanted to put that in there and say
9   that, even though, you know, they -- the jury sided
10  with me and the fact -- you know, what my version of
11  the facts were, you know. There's always something.
12  In hindsight, there's always something.
13      So I'm just going to say yes, I'll always --
14  there's always something. I can't specifically --
15  specify, you know, all the cases and stuff like
16  that. But there's always a time where I'm thinking
17  about what I could have done and what I could have
18  said, you know, no matter what.
19      MR. WAYNE ADAMS: Okay. Thank you.
20  Darrel.
21      MR. DARREL ADAMS: Okay. Ms. Green, this is my
22  last question I have before I close you out. Since
23  you've been working in the Public Defender's Office,
24  describe a challenging task that you had to deal
25  with and how you handled it.

Page 35

1       MS. GREEN: I would say the most challenging
2   task that I had to deal with was a trial that I had,
3   and it -- it was -- you know, like when you're
4   trying a case and you have a man that was actually
5   accused of, you know, forcing himself on a woman,
6   because that was one of the charges, and kidnapping
7   them and doing all these things, you want to try and
8   put yourself in, you know, the woman's shoes -- or
9   not -- you don't want to but --
10      MR. DARREL ADAMS: Right.
11      MS. GREEN: You as a woman, you just have
12  no -- you know, you just do it. Okay. I can't
13  really explain it. You just do it. And you're,
14  like, oh, my goodness, like this could be me.
15  Right?
16      So you have to -- and I had to in this case --
17  take myself out of that, and once I did, I was able
18  to bring lie after lie -- as soon as she got on the
19  stand, just lie after lie, lies she told the police
20  officer, lies she told her mama, lies she texted my
21  client. Just lie after lie after lie.
22  And I saw the case for the State start to unfold,
23  you know, on our behalf.
24      And it was -- you know, it was a great feeling
25  because, you know, like a lot of people say, how can

Page 36

1   you represent somebody who did this? How can you do
2   that?
3       But, you know, it's really about representing,
4   you know, people who are charged with criminal
5   offenses, one who is indigent. And according to the
6   Constitution, you know, I have to do my job, and my
7   job is looking at the facts, whether or not, you
8   know, the State can prove their case, and I think
9   not, and that's what I need to, you know, focus on
10  as trying the case.
11      And I can tell you, my client had a -- a
12  wonderful story. And I cried after that trial. We
13  won. I cried my butt off. And, you know, he
14  basically told the story to the jury about how he
15  cut himself. And he was in -- he was in jail for a
16  long time. He was in jail for five years before I
17  actually got his case tried.
18      MR. DARREL ADAMS: Wow.
19      MS. GREEN: You know, it -- obviously I didn't
20  have this case for five years. But as soon as I got
21  the case, I worked it up and I tried the case. But
22  he had cut himself from wrist to elbow. And, you
23  know, like because he -- he -- you know, he felt
24  like people had given up on him and nobody wanted to
25  believe him.

Page 37

1       And I could tell you that there are times where
2   you walk into a situation and you're like, come on,
3   man, you're lying. You're lying. And we don't want
4   to give anybody that opportunity to say that, you
5   know, they could be telling the truth. And the
6   entire time this man was telling the truth. The
7   entire time he was telling the truth. I -- I kid
8   you not, telling the truth.
9       MR. DARREL ADAMS: Wow.
10      MS. GREEN: The messages -- messages proved it,
11  you know. The conflicting stories proved it. The
12  DNA proved it. The samples from the -- the -- the
13  what we call Nancy J. Cotterman Center, the sexual
14  assault treatment center proved it. It was just --
15  you know, you just got to listen. You know, even if
16  you don't want to believe it, sometimes you just got
17  to listen.
18      MR. DARREL ADAMS: Right. And I have -- you
19  know, and I have friends, we both have friends,
20  that's unfortunately incarcerated right now. And
21  they always ask the question about pro bono work.
22      MS. GREEN: Uh-huh.
23      MR. DARREL ADAMS: And my question I'd like to
24  ask you -- well, I said I had one other question
25  but -- where is it here? I don't have my glasses

10 (Pages 34 - 37)

Page 38

1  on. Give me one second here.
2  MS. GREEN: It's okay.
3  MR. WAYNE ADAMS: And that was the question I
4  was going to ask you have, too, about pro bono.
5  MR. DARREL ADAMS: Pro bono work. Yeah. Where
6  is it? I just had it here in front of me. Just
7  give me a second here.
8  Oh, here it is. What pro bono work have you
9  done in the past three years? I'm sorry. I didn't
10  have my glasses on, so I got them now.
11  MS. GREEN: We don't do -- we're not allowed to
12  do pro bono work.
13  MR. DARREL ADAMS: You're not allowed to.
14  MS. GREEN: Right. The Public Defender's
15  Office, the State Attorney's Office, we are
16  prohibited by statute from doing pro bono, because
17  our work is essentially -- we're government lawyers,
18  essentially pro bono work, so --
19  MR. DARREL ADAMS: So you'd have to be like in
20  a private practice to do pro bono?
21  MS. GREEN: Yeah. They're the only ones that
22  are required to meet a certain -- either they pay an
23  amount or they meet a certain amount of hours that
24  they have to complete. We don't have to do that.
25  We're exempt from that.

Page 39

1  MR. DARREL ADAMS: Right.
2  MS. GREEN: But I do a lot of work in the
3  community. Right now I'm the Community Pulse Chair
4  of the T.J. Reddick Association. I'm also a past
5  president of that bar association. And I am the
6  current president of the Broward Association of
7  Criminal Defense Lawyers. I'm the Social Justice
8  Committee Chair of the Sigma Gamma Rho Sorority,
9  Incorporated, Fort Lauderdale chapter, Delta Upsilon
10  Sigma chapter in Ft. Lauderdale. And, you know, I
11  also am a member of the National Council of Negro
12  Women. I'm on their gala committee, and I've been a
13  part of their organization for a couple of years
14  now.
15  But -- you know, so I do a lot of work.
16  MR. DARREL ADAMS: Yeah. I can see --
17  MS. GREEN: (Inaudible.)
18  MR. DARREL ADAMS: -- I can see you're very
19  MS. GREEN: (Inaudible.)
20  MR. DARREL ADAMS: -- very involved in the
21  community.
22  MS. GREEN: Yes.
23  MR. WAYNE ADAMS: Yes.
24  MS. GREEN: I (inaudible) some Know Your Rights
25  forms as well. Like I worked in conjunction with

Page 40

1  Alpha Kappa Alpha and while being the Community
2  Pulse Chair for the T.J. Reddick Bar Association, I
3  put on Know Your Rights forums and Implicit Biases
4  where train- -- events where I get officers to come
5  and talk to kids in the community about, you know,
6  knowing their rights and how to interact with police
7  officers so we don't die.
8  MR. DARREL ADAMS: Okay. Well --
9  MR. WAYNE ADAMS: Know Your Rights, is that the
10  same organization that Colin Kaepernick has or a
11  different organization?
12  MS. GREEN: Well, he -- he is -- is not the
13  same organization because my -- the events are just
14  named Know Your Rights. It's not --
15  MR. WAYNE ADAMS: Okay.
16  MS. GREEN: -- an actual organization. The
17  T.J. Reddick Bar Association is the only black bar
18  association in Broward County. And, you know,
19  that's what I do it -- do those events under. The
20  community -- me being the Community Pulse Chair.
21  MR. WAYNE ADAMS: Okay. And I got one more --
22  I got one more thing. I want to hear about
23  (inaudible) about the O.J. Simpson trial. Some of
24  us -- some of tid bits about that. I think -- I
25  don't think you ever got a chance to say that

Page 41

1  about --
2  MS. GREEN: I mean, no. It wasn't really
3  nothing in relation to that -- well, not -- I can't
4  say in relation to that. I'm just saying, like,
5  there -- I know what you were talking about when you
6  were saying how, you know, he made certain
7  statements.
8  MR. WAYNE ADAMS: Yes.
9  MS. GREEN: Because I've also been on the other
10  end of those statements. I, you know, asked him to,
11  you know, donate or come to an event that was, you
12  know, of blackness, and he basically said that he
13  wouldn't because he felt that -- or he was mad that
14  some of the people in that organization called him
15  racist of -- you know, for certain things, you know,
16  back in the -- you know, back in the day.
17  So it wasn't -- it wasn't anything specific
18  about the O.J. trial. But I'm saying, like --
19  MR. WAYNE ADAMS: Okay. Yes. I understand.
20  MS. GREEN: Uh-huh.
21  MR. WAYNE ADAMS: Thank you, Ms. Green. Thank
22  you. You've been a great guest.
23  MS. GREEN: No problem. I appreciate you-all
24  having me.
25  MR. DARREL ADAMS: Okay. Ms. Green, you have

11 (Pages 38 - 41)

Page 42

1   the floor. Tell the people of Broward County and
2   the voters of Broward County why we should elect you
3   to the Public Defender's Office in Broward County,
4   Florida.
5       MS. GREEN: I totally appreciate you-all having
6   me here today. It's such a blessing. You don't
7   know what it means to me, to be honest, when it
8   comes to an election and, you know, having a
9   platform to speak on and tell people your story.
10  And it's so, so important, because I want the voters
11  to get to know the person that I am.
12      And I am a zealous advocate. I am, you know,
13  like I said before, and a leader in the fields. I'm
14  actually -- I was actually voted for Legacy Miami's
15  top 40 under 40 leaders of today and tomorrow.
16      And I totally understand what the criminal
17  justice system needs when it comes to Broward County
18  Public Defender's Office. We need a holistic
19  approach.
20      And that goes to making sure that our clients,
21  as I stated before, has access to more treatment --
22  mental health treatment programs and beds, more
23  substance abuse treatment programs and beds, you
24  know. Because a lot of people don't understand that
25  sometimes our -- our clients need inpatient

Page 43

1   treatment programs. There's not a lot of beds, you
2   know, for our clients. We need to, you know, bridge
3   that gap and build connections with resources that
4   have the ability to treat our clients without trying
5   to charge them astronomical fees.
6       We need -- we need to link our resources with
7   housing. You know, some of our clients get out, and
8   we have situations like, you know, you're in jail
9   for a few days, and then all of a sudden you done
10  lost your housing. You know, it's -- it's crazy.
11  You know, you don't have a place to live, and then
12  you wonder why people, you know, are committing
13  crimes just to keep up with being able to live. You
14  know, we need to make sure that we provide people in
15  a system with second chance jobs.
16      We need to make sure that people are just not
17  getting kicked out of jail and then just going
18  where, out on the streets, and then what? How are
19  they working? You know, we're not assisting them in
20  doing those types of things. We need to reduce
21  recidivism. And that's the only way that I see
22  how.
23      We can't think about ourselves individually.
24  We need to think about ourselves as a collective
25  village. And we haven't been doing that in the

Page 44

1   Public Defender's Office.
2       We need to advocate for funding, and that's
3   something that I'm going to be doing. I'm going to
4   be advocating for funding. I'm going to be boosting
5   the morale.
6       And a lot of people don't understand that when
7   I say that we need to focus on us as a village, we
8   as taxpayers are paying $146 per day for -- per
9   person that is sitting in jail, even for minor
10  crimes. For sleeping on park benches, for
11  trespassing, you know. And their bonds are $25.
12      Tell me how is it productive for us as
13  taxpayers to be paying all this money per day for
14  this person who can't afford to get out of the bun,
15  who's staying in jail multiple days, sometimes even
16  over a month, you know, how -- that's
17  counterproductive.
18      It's a -- it's a system that -- cycle that
19  needs to end. And I'm going to be the change we
20  seek. So on August the 18th -- actually now, you
21  can go and vote for me now. You can fill me in
22  your mail-in ballot. You can go to the polls right
23  now because early voting is open on the weekends
24  from 9:00 to 5:00 and on the weekdays from 11:00 to
25  7:00. And vote Green for change to be seen. Thank

Page 45

1   you.
2       MR. WAYNE ADAMS: Thank you.
3       MR. DARREL ADAMS: Thank you. Ruby Lenora
4   Green, she was born and raised in Pompano Beach,
5   Florida, in the Collier City neighborhood. She's
6   running for Broward County public defenders --
7   public defender. We want to wish you the best of
8   luck and --
9       MS. GREEN: Thank you.
10      MR. DARREL ADAMS: -- good luck to you. When
11  you win the public defenders, the race there,
12  don't -- don't forget about the Adams Brothers
13  podcast. We want you to come back and talk to us.
14  You're the home team, just like us. We're from
15  Deerfield here in Pompano. We're just a little bit
16  north of you, so --
17      MS. GREEN: Yep.
18      MR. DARREL ADAMS: -- don't forget about us and
19  come back and talk to black media and support us,
20  and we would appreciate that very, very much, you
21  know.
22      MS. GREEN: Most definitely. Jesse, I'm just
23  one call away, too. So you already have my info,
24  so just --
25      MR. DARREL ADAMS: I do have your information.

12 (Pages 42 - 45)

Page 46

```
 1        And, once again, thank you for stopping by and
 2    talking to the Adams Brothers podcast.  Good luck to
 3    you and enjoy the rest of your evening.
 4        MS. GREEN:  All right.  You-all have a good
 5    one.  Bye-bye.
 6        MR. WAYNE ADAMS:  Bye-bye.
 7            (End of transcription.)
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 47

```
 1            CERTIFICATE OF REPORTER
 2
 3   STATE OF FLORIDA)
 4   COUNTY OF HILLSBOROUGH)
 5
 6      I, DENISE SMITH BYER, RPR, FPR, Notary Public, do
 7   hereby certify that I was authorized to and did
 8   transcribe from audio the foregoing proceedings, and
 9   that the transcript is a true and complete record of
10   such transcription; that a review of the transcript was
11   not requested; and that the transcript is a true and
12   complete record of my stenographic notes.
13      I further certify that I am not a relative,
14   employee, attorney, or counsel of any of the parties,
15   nor am I a relative or employee of any of the parties;
16   attorneys or counsel connected with the action, nor am I
17   financially interested in the action.
18      DATED March 29, 2021 at Tampa, Hillsborough
19   County, Florida.
20
21
22
23
24      _____
        DENISE SMITH BYER, RPR, FPR
25      Notary Public
```

Veritext Legal Solutions

800-726-7007                                                        305-376-8800

| 1 | a | | |
|---|---|---|---|

**1**

**1**  1:13
**100**  30:4,6
**11**  3:6
**11:00**  44:24
**13**  3:15 17:14
**146**  44:8
**15**  3:8 32:10,10
**18th**  44:20
**1986**  29:7

**2**

**20**  1:4 13:23 17:20
**2003**  13:6
**2021**  47:18
**25**  44:11
**25088**  47:23
**28**  6:16
**29**  47:18

**3**

**3.850s**  13:1

**4**

**4**  13:6
**40**  42:15,15
**44**  19:2
**47**  1:13

**5**

**56**  17:12
**5:00**  17:16 44:24

**6**

**62160**  1:4

**7**

**7**  14:3 17:15
**775**  31:13
**7:00**  44:25

**9**

**9:00**  44:24

**a**

**ability**  43:4
**able**  3:23 6:6 9:4
  18:12,15,19,20
  35:17 43:13
**abuse**  42:23
**academic**  5:8
**access**  27:2,19
  42:21
**accomplish**  17:3
**accusations**  28:19
**accused**  35:5
**act**  16:13
**acting**  25:1 26:8
**action**  17:9 33:9
  47:16,17
**actions**  12:24,25
**actual**  40:16
**adams**  2:2,10,14,19
  4:25 7:19 8:2,6,9
  11:9,13,16,20,22
  12:13,15,17,18
  13:14 14:2,6,11,14
  14:19 16:6,12
  17:10,21 18:14
  19:23 20:2,3,10,12
  20:16 21:2,6 23:20
  24:12 25:22,25
  28:6 29:6 30:15,20
  31:1,3,15 32:22
  33:5 34:19,21
  35:10 36:18 37:9
  37:18,23 38:3,5,13
  38:19 39:1,16,18
  39:20,23 40:8,9,15
  40:21 41:8,19,21
  41:25 45:2,3,10,12
  45:18,25 46:2,6
**addicts**  18:17
**address**  21:7 23:23
  26:1

**adequate**  28:5
**administration**
  7:10,12,15 9:20,21
**advance**  6:20
**advocate**  24:16
  25:20 42:12 44:2
**advocated**  15:9
**advocates**  25:12
**advocating**  22:17
  23:14 44:4
**affiliation**  20:7,20
**afford**  44:14
**afraid**  16:14 33:16
**age**  6:16
**ago**  13:23 22:21
  31:11
**ain't**  10:10
**alive**  19:24
**allowed**  38:11,13
**alpha**  40:1,1
**amount**  38:23,23
**answer**  20:13
**anybody**  37:4
**apparent**  21:12
**apparently**  30:21
**applied**  5:4
**appreciate**  2:14,17
  41:23 42:5 45:20
**approach**  42:19
**arguing**  9:15 25:17
  33:14
**argument**  30:23
**armed**  32:1
**arrested**  11:4 15:8
  22:13,16
**arresting**  27:8
**article**  17:5
**articles**  17:1
**asked**  6:15 41:10
**aspects**  28:3

**assault**  37:14
**assess**  17:23
**assistance**  13:2,11
**assisting**  43:19
**association**  39:4,5
  39:6 40:2,17,18
**astronomical**  43:5
**attention**  17:2 18:8
**attorney**  10:24
  11:6 13:6,10 14:15
  24:3,13,20 25:10
  47:14
**attorney's**  14:11
  21:4,25 38:15
**attorneys**  6:25 7:3
  7:9 8:14,24 10:1,18
  10:19,22 11:1,1,2
  23:5 24:4 25:14
  47:16
**audio**  47:8
**august**  44:20
**auntie**  27:25
**authorized**  47:7
**automatic**  32:5,6

**b**

**back**  6:9 13:23 16:7
  16:8,13 26:15 29:7
  30:25 41:16,16
  45:13,19
**balled**  17:8
**ballot**  17:19 44:22
**bar**  5:21 12:23 39:5
  40:2,17,17
**basically**  5:5 13:7
  21:18,19 22:21
  36:14 41:12
**beach**  3:7 45:4
**beans**  3:13
**beds**  42:22,23 43:1
**behalf**  13:13 22:17
  25:17 35:23

**believe** 28:13,14
  29:11 31:18 36:25
  37:16
**believer** 31:17
**benches** 44:10
**best** 25:16 45:7
**better** 5:4 27:19
  34:4
**bias** 23:9
**biases** 40:3
**big** 9:13,13,13,13
  15:16
**biggest** 8:11
**bill** 10:7
**bills** 23:15 25:19
**bit** 2:22 5:6 11:17
  31:11 45:15
**bits** 40:24
**black** 3:17 6:19
  7:14 13:20 14:15
  14:20 15:7,12,15
  15:23 16:8 23:23
  25:5 40:17 45:19
**blackness** 41:12
**blessing** 42:6
**bloom** 1:4
**bonds** 44:11
**bono** 37:21 38:4,5
  38:8,12,16,18,20
**book** 24:10,11
**boosting** 9:2 44:4
**born** 45:4
**boss** 9:22 10:8
**boxes** 7:16
**branded** 25:4
**brave** 15:21
**breakfast** 32:17
**bridge** 43:2
**bridges** 26:21,21
**bring** 35:18

**brother** 28:10
  30:19,20,24
**brothers** 2:14
  45:12 46:2
**brow** 15:13
**broward** 1:6,7 2:4
  3:3 6:9,10,12,14,18
  6:21 7:5 15:25
  19:24 20:21 28:18
  28:19,21 39:6
  40:18 42:1,2,3,17
  45:6
**brown** 23:23
**build** 43:3
**bun** 44:14
**burglary** 31:22
  32:3 33:2
**burgundy** 4:25
**burnt** 26:20,21
**bust** 16:21
**butt** 36:13
**bye** 46:5,5,6,6
**byer** 1:11 47:6,24

**c**

**c** 2:1
**call** 7:8 13:1 16:23
  26:9,10 37:13
  45:23
**called** 5:7 6:2 41:14
**calling** 26:6 27:4
**calls** 19:15 27:10
**candidate** 2:3
**candidates** 20:5,16
**capacity** 1:6
**care** 5:7 16:3 28:3
**career** 3:4
**case** 1:4 10:25 11:6
  25:16 28:1 31:3
  33:5,10,24,25 34:3
  34:7 35:4,16,22
  36:8,10,17,20,21

36:21
**cases** 6:6 9:14 11:2
  11:3 17:10,12,20
  18:7 19:1,3,13 29:9
  29:12,13,15 31:20
  34:15
**cause** 15:2
**cent** 4:4
**center** 5:8 37:13,14
**certain** 23:15 26:6
  29:5 32:7 38:22,23
  41:6,15
**certificate** 47:1
**certified** 6:3,5
**certify** 47:7,13
**chair** 39:3,8 40:2
  40:20
**challenges** 8:11
**challenging** 34:24
  35:1
**chance** 40:25 43:15
**chances** 31:18
**change** 6:18 10:16
  20:7,18,20 33:20
  33:23 44:19,25
**changed** 20:9 31:9
  31:12
**changes** 16:12
**channel** 14:3
**chapter** 39:9,10
**charge** 33:2 43:5
**charged** 31:21 36:4
**charges** 35:6
**checked** 27:7
**checking** 23:5
**chief** 6:12,14,15,24
**childhood** 29:8
**chose** 18:22
**circuits** 10:3
**cities** 22:6,7,15

**citizens** 21:18
**citizenship** 21:17
**city** 3:8 22:6 45:5
**class** 21:17,18 22:5
**clear** 33:1
**client** 13:12 24:18
  35:21 36:11
**client's** 13:13
**clients** 7:7 9:17
  10:23 13:5 15:7
  21:19 23:6 25:13
  25:17 27:2,19 28:4
  42:20,25 43:2,4,7
**close** 34:22
**closed** 17:14,16
**cocaine** 18:18
**colin** 40:10
**collective** 43:24
**college** 3:9,23,24
  4:8,23 5:9
**collier** 3:7 45:5
**color** 3:19 21:16
  32:5
**come** 2:15 7:21
  11:17 17:3 18:18
  20:16,17,17 22:25
  24:3 27:15 37:2
  40:4 41:11 45:13
  45:19
**comes** 9:23 17:7,7
  23:17 26:15 29:19
  29:20 31:18 42:8
  42:17
**comfortable** 4:11
  10:22 11:7
**coming** 2:13 11:16
**commit** 29:5
**committed** 23:25
  30:6
**committee** 39:8,12

[committing - doing]                                                                                    Page 50

committing 43:12
communications
21:24,25
community 3:17
  13:20 15:5 26:5,13
  26:18 39:3,3,21
  40:1,5,20,20
complacency 19:22
complacent 19:19
complete 38:24
  47:9,12
completely 18:21
  18:24
concern 7:17 15:16
  15:16 18:5
conflicting 37:11
conjunction 39:25
connected 47:16
connections 43:3
constitution 36:6
control 27:17
conviction 13:8
convictions 28:19
  30:10
convinced 4:7
cops 26:6,9,10 27:4
coronavirus 17:14
cotterman 37:13
cottons 3:14
council 39:11
counsel 13:2,11
  47:14,16
counselor 4:7 5:5
counterproductive
  44:17
county 1:6,7 2:4
  3:3 6:10,10,13,14
  6:19,21 7:5 15:25
  19:24 20:22,22
  28:18,20,21 40:18
  42:1,2,3,17 45:6

47:4,19
couple 22:21 39:13
course 29:25
court 6:2,17 7:21
  9:14,16 13:1 18:2,4
  18:18 24:17 25:15
  26:24
courthouse 16:1
  17:16
courtroom 6:24
  24:14 27:15
courtrooms 33:14
coworker's 31:4
crazy 43:10
created 18:2
cried 36:12,13
crime 11:4 23:25
  30:6
crimes 29:5,20
  43:13 44:10
criminal 3:4 16:4
  21:8,14 23:9 24:6
  25:4,19 36:4 39:7
  42:16
cum 5:12
current 39:6
cut 36:15,22
cv 1:4
cycle 44:18

d

d 2:1
daddy 27:25
darrel 2:2,10,19
  4:25 7:19 8:2,6,9
  11:9,13,16,20,22
  12:13,17 20:2,3,10
  20:12,16 21:2,6
  23:20 24:12 25:22
  31:1 34:20,21
  35:10 36:18 37:9
  37:18,23 38:5,13

38:19 39:1,16,18
  39:20 40:8 41:25
  45:3,10,18,25
dated 47:18
day 17:15 18:6
  19:17 28:12 34:5
  41:16 44:8,13
days 43:9 44:15
deadly 34:1
deal 26:13 34:24
  35:2
death 28:7,13,25
  29:11,17 30:7
decided 7:18
decides 13:1
deerfield 45:15
defendant 1:7 29:7
defendants 1:8
  23:23,25 26:1
defender 1:6 2:4,25
  3:3,6 17:24 18:23
  19:1 21:6 25:15
  27:24 45:7
defender's 3:4 5:19
  5:20,23 6:5,8,13,15
  6:19,22 7:5,6 8:12
  8:17 9:8,20 12:19
  21:5 34:23 38:14
  42:3,18 44:1
defenders 9:13
  10:13 24:8 25:12
  45:6,11
defense 39:7
definitely 29:16
  45:22
defunding 26:16,16
delivering 17:18
delta 39:9
demands 16:24
democrat 20:4,6,8
  20:18,21,25

democratic 20:22
denise 1:11 47:6,24
departments 21:24
depend 25:10
depends 30:2
depositions 9:15
depth 8:16
describe 34:24
designation 32:7
dick 27:4
die 30:14 40:7
different 18:21,24
  22:5 33:9 40:11
differentiate 13:16
differently 33:8
dinner 32:17
disciplinary 12:24
  12:25
discipline 12:23
dismantle 18:3
  26:24
disparities 21:7
  23:17
disparity 21:11
disposable 9:7
disproportionate
  28:15
disproportionately
  15:8
dna 37:12
doctor 28:1
doctorate 5:15
document 3:11
doing 2:5,8 4:10
  9:17,18,21 10:10
  15:2 16:19 19:7,11
  22:18 23:3,14,17
  25:15 26:23 35:7
  38:16 43:20,25
  44:3

[donate - going]

Page 51

donate 41:11
door 11:14 21:21
doors 16:22
doubt 29:11 30:5,8
drawn 5:20
drug 18:17
drugs 3:16
dwelling 32:3 33:2
dwellings 31:22

**e**

e 2:1,1 10:1,6,6,7
  10:11 16:21
early 3:13 5:16
  44:23
easy 11:24 32:24
eat 10:6 32:17
education 2:23
effect 8:19 10:17
effective 29:3
eight 9:9
either 9:10 11:11
  14:12 23:7 25:16
  38:22
elbow 36:22
elect 42:2
elected 21:3
election 42:8
employee 47:14,15
endorsement 15:1
engaged 13:17
enjoy 46:3
enjoying 32:13
enrichment 5:8
entire 5:18 15:11
  37:6,7
entirely 14:22
especially 14:4
  15:6 16:8 27:14
  34:4
essentially 33:3
  38:17,18

evening 2:2,5,6,7
  46:3
event 41:11
events 40:4,13,19
everybody 7:20
  20:23 32:14 33:13
everybody's 23:4
  23:18
evidence 29:10,21
ex 31:4
exact 22:14,15
exactly 14:21
exempt 38:25
experience 11:17
experienced 8:14
  8:24 10:19
explain 35:13
eyes 14:8

**f**

face 6:20 16:23
faces 14:15 23:4,19
facing 8:11 11:5
fact 8:25 11:24
  18:25 19:5 28:17
  30:2,8 34:10
facts 28:17 33:18
  33:20,21,23 34:11
  36:7
fair 20:24
family 4:11 27:11
fathom 32:19
feel 9:20 10:22 11:7
  28:6 30:15
feeling 35:24
feels 33:13
fees 43:5
fellow 6:1
felony 10:21,25
  11:1,2,3,6
felt 36:23 41:13

fields 3:14 42:13
fight 10:3,9,14 12:5
  30:22,23
fighting 8:20 12:6,8
  25:12
file 13:12
filing 9:15
fill 44:21
filling 7:16
finally 4:21
financially 47:17
find 25:2
finding 28:4
fine 29:15
finish 13:25
finkelstein 1:5
  13:16 26:2
first 2:13 3:9 5:9
  8:10,23
five 9:9 36:16,20
floor 42:1
florida 1:12 4:23
  5:3,6,12 12:23
  15:14,14 19:25
  28:20 42:4 45:5
  47:3,19
floyd 7:12
focus 36:9 44:7
follow 17:21 23:22
  25:18
forcing 35:5
foregoing 47:8
forget 45:12,18
forms 39:25
fort 39:9
forums 40:3
found 13:10 31:5
four 5:13
fpr 1:11 47:6,24
fraser 14:2

friend 13:20 29:8
friends 37:19,19
front 17:11 33:14
  38:6
ft 39:10
funding 8:13,16,21
  9:3 10:4 44:2,4
funds 26:17
further 26:3,4
  47:13
furtherment 14:19

**g**

g 2:1
gala 39:12
gamma 39:8
gap 43:3
generation 5:9
george 7:12
getting 7:1 16:25
  17:17 43:17
give 31:25 37:4
  38:1,7
given 24:10 26:11
  36:24
giving 12:12
glasses 37:25 38:10
glory 18:7
go 2:12 3:9,23 4:8
  4:14,18 5:2 6:24
  8:15 10:12 14:20
  15:10,22 16:21,22
  19:16 22:4,10
  24:15 26:17 31:14
  31:14 33:17 44:21
  44:22
goes 42:20
going 2:11 3:22,24
  4:1,3,13 8:4,22,23
  9:14 10:3,5,6,7,9
  10:11,12,14 11:7
  11:14 13:15,25

14:17 15:1 16:4,18
18:24 23:2,13,16
23:16,18 24:2,4
25:9,18 27:7,8
28:9 29:23 30:12
32:14,16 33:17
34:13 38:4 43:17
44:3,3,4,19
**golf**   19:16
**good**   2:2,5,7 4:9
14:9 18:1 23:20,21
31:10 45:10 46:2,4
**goodness**   35:14
**government**   38:17
**grade**   3:10
**grades**   4:9
**graduate**   3:9
**graduated**   5:12,14
5:15
**grandma**   27:25
**great**   16:18 17:2
35:24 41:22
**green**   1:2 2:3,7,17
3:1,2 5:2 8:1,5,7,13
11:11,15,19,21,23
12:22,24 13:24
14:5,10,13,18,22
16:11,16 17:12,25
18:15 20:1,3,8,11
20:15 21:1,5,9 24:1
24:13 25:24,25
26:5 28:8 29:18
30:19,21 31:2,13
31:16 32:23 33:10
34:21 35:1,11
36:19 37:10,22
38:2,11,14,21 39:2
39:17,19,22,24
40:12,16 41:2,9,20
41:21,23,25 42:5
44:25 45:4,9,17,22

**46:**4
**grew**   2:22 3:8
**ground**   24:18
**grown**   24:23
**guess**   31:6
**guest**   41:22
**guidance**   4:7 5:5
**guy**   30:24

### h

**half**   9:9
**handing**   23:7
**handled**   34:25
**happen**   27:9,12,12
**happened**   7:12
29:16 30:16,18
31:5
**hard**   25:2
**harry**   27:4
**harsh**   23:8
**harsher**   23:24
**harshly**   22:23
**health**   18:2,4 26:19
26:22,24 27:2
42:22
**hear**   23:21 40:22
**heard**   12:21 13:20
14:3
**heart**   30:12
**heavens**   30:13
**heavily**   20:22
**heinous**   29:20
**hey**   10:8 24:15
**high**   6:20 29:10
30:11
**higher**   9:5 11:18
**highest**   31:24
**hillsborough**   47:4
47:18
**hindsight**   34:5,12
**hire**   7:15

**hiring**   25:14
**hitler**   29:24
**holistic**   42:18
**home**   19:16 22:9
45:14
**honest**   42:7
**hooker**   4:4
**hoping**   24:7
**horrible**   8:17
**hour**   9:24
**hours**   38:23
**household**   3:11
**housing**   21:20 25:6
43:7,10
**howard**   1:5
**howard's**   14:25
**huh**   8:1 11:21 14:1
20:1 21:1 32:22
37:22 41:20
**human**   3:16,17

### i

**i.e.**   31:19
**idea**   31:10
**illness**   26:10
**imagine**   32:16
**imperative**   2:12
**implicit**   23:9 40:3
**important**   2:11
25:17 42:10
**imposed**   29:17
**inaudible**   12:18
39:17,19,24 40:23
**incarcerated**   37:20
**incentive**   12:11
**includes**   23:14
**incorporated**   39:9
**indigent**   36:5
**individually**   1:5
43:23
**ineffective**   13:2,10

**info**   45:23
**information**   45:25
**inner**   22:6
**innocent**   30:14
**inpatient**   42:25
**interact**   40:6
**interested**   47:17
**intern**   6:3,6
**investigator**   5:23
**involved**   39:20
**issue**   21:22
**issues**   15:5 23:23
26:1

### j

**j**   37:13
**jacksonville**   6:9
**jail**   9:17 15:24
19:14,15 36:15,16
43:8,17 44:9,15
**jails**   15:25
**jesse**   45:22
**job**   9:6 12:7 19:7
25:2,6 36:6,7
**jobs**   9:10 21:20
43:15
**journal**   22:20,25
**judge**   23:7
**judges**   24:21
**juries**   14:4
**juris**   5:15
**jury**   17:11,18 33:14
33:22 34:9 36:14
**justice**   16:5 21:8,14
23:9 24:6 25:19
39:7 42:17

### k

**kaepernick**   40:10
**kappa**   40:1
**keep**   43:13

keeping 8:13
kicked 17:17 43:17
kid 32:14 37:7
kidnapping 35:6
kids 3:8 4:5 22:7,13
  22:14 26:8 40:5
kind 4:9 8:18,18
  11:13 13:21
know 2:24 3:2,12
  3:15,16,17,18,20
  3:22 4:2,6,9,10,11
  4:12,15,15,16,17
  4:21,22 5:4,5,11,19
  5:21,22 6:5,7,16,18
  6:25 7:7,8,16,17,20
  7:23,23,25 8:4,15
  8:15,18,19,20,21
  8:25 9:1,2,19,24,25
  10:8,9,11,17,18,20
  11:12,23,25 12:4,8
  12:20 13:8,14,15
  13:18,19,20,25
  14:25 15:6,9,18,22
  15:23,24 16:2,3,6,9
  16:10,14 17:4,6,13
  17:17 18:1,4,8,9,10
  18:11,13,19,22,22
  18:25 19:4,6,7,8,16
  19:18,19 20:13,14
  20:21,21 21:11,14
  21:16,17,19,20
  22:1,4,6,8,9,11,21
  22:22,22,23 23:6
  23:10,11,11,12,15
  24:5,8,10,21,22,24
  24:25 25:5,11,18
  25:19 26:1,9,20,22
  27:5,5,9,12,16,17
  27:21,22 28:2,4,8
  28:16,18,22,23
  29:1,2,3,4,6,9,14

29:15,18,22,24,25
30:1,4,9,9,12,13,13
32:9,9,13,18,24
33:1,2,3,12,12,18
33:21,25 34:1,1,2,3
34:9,10,11,15,18
35:3,5,8,12,23,24
35:25 36:3,4,6,8,9
36:13,19,23,23
37:5,11,15,15,19
39:10,15,24 40:3,5
40:9,14,18 41:5,6
41:10,11,12,15,15
41:16 42:7,8,11,12
42:24 43:2,2,7,8,10
43:11,12,14,19
44:11,16 45:21
knowing 40:6

**l**

laude 5:12
lauderdale 39:9,10
law 5:14,15,15,18
  24:9 25:20
law's 24:10
laws 33:1
lawyer 28:2
lawyers 38:17 39:7
lead 11:1,1
leader 42:13
leaders 42:15
leads 8:10
learning 12:15
leave 3:13 11:18
  12:7
leaving 8:24 30:5
led 2:24
legacy 42:14
legal 6:1,3,5
legislatures 23:15
lenora 2:3 3:2 45:3

letter 16:20 17:8
letters 16:20
license 5:22
lie 35:18,18,19,19
  35:21,21,21,21
lies 35:19,20,20
life 3:25 4:18,21
  11:5 13:5
lifelong 20:25
light 10:7
limb 15:10
limelight 17:2 18:9
line 29:15
link 27:22 43:6
listen 37:15,17
listening 12:18
literally 4:12
little 2:22 5:6 11:17
  23:22 30:8 31:10
  33:7,9 45:15
live 43:11,13
lives 4:20 7:14
  15:12,15
living 4:4
long 19:21,21 32:20
  36:16
longer 23:24
look 4:19 7:15,22
  14:9
looking 36:7
lost 43:10
lot 3:18,21 7:20
  9:19 12:15 14:8,14
  16:7 18:4 23:13,16
  24:4,5,7 25:7 26:7
  26:11,16,20 27:21
  29:13 35:25 39:2
  39:15 42:24 43:1
  44:6
love 9:6 33:13,18

luck 45:8,10 46:2
lunch 32:17
lying 37:3,3

**m**

mad 41:13
mail 10:1,6,6,7,11
  44:22
mails 16:21
making 25:11
  27:18 28:5 29:4
  42:20
mama 27:24 32:14
  35:20
man 34:8 35:4 37:3
  37:6
manager 28:1
mandatories 24:21
mandatory 27:16
  31:13 32:10
mango 31:21 32:3
  32:11,13,15
mangos 31:22
  32:15,17
march 7:13 15:11
  15:22 17:13,13,14
  47:18
marching 15:14
matter 15:12,15
  28:17 30:3 34:18
matters 7:14
mcdonald's 3:25
  4:13,16
mean 9:22 21:4
  27:11 29:10 32:1
  41:2
means 15:23 42:7
meant 15:22 26:12
mechanism 21:15
  29:4
media 45:19

[meet - people]

meet  38:22,23
member  39:11
members  27:11
men  16:7,8,13
mental  18:2,3 26:1
  26:9,19,22,24 27:2
  42:22
mentally  27:6
messages  37:10,10
miami's  42:14
mike  19:1,2
millions  21:16
minimum  24:20
  27:16 32:10
minimums  31:13
minor  44:9
misdemeanor  6:16
missed  34:5
mitigation  25:1
mom  3:11 22:9
moment  25:4
money  9:1 10:10
  44:13
month  44:16
morale  8:14 9:2
  11:25 44:5
morning  31:5,7
mother  4:6
motion  13:12
motions  9:15,16
mouths  24:24
move  10:20
movies  29:2
multiple  44:15
murdered  28:11
  29:7,8

n

n  2:1
name  3:2
named  40:14

names  9:24
nancy  37:13
national  39:11
necessary  13:7
need  4:17,19 6:18
  9:3 10:16 11:2,25
  13:7 14:25 16:2,2,2
  17:9 19:18 21:10
  21:10,23,24 22:16
  22:16 23:3,4,5,8
  25:13,15 26:5,14
  26:18 27:1,18,22
  27:23 28:2 30:3,3,5
  31:17 36:9 42:18
  42:25 43:2,6,6,14
  43:16,20,24 44:2,7
needed  4:13 13:18
needs  7:20 10:16
  42:17 44:19
negro  39:11
neighborhood  45:5
neighborhoods
  22:5
never  9:22 10:25
  11:3,6 16:6 18:25
  20:9,10
new  24:3
news  17:1,5 22:20
  22:25
newspaper  16:17
  22:25
night  33:6
noles  5:2
nope  12:25
normally  27:24
north  45:16
noses  8:8,8,9 18:18
notary  1:12 47:6,25
notes  47:12
notice  16:13

nowadays  3:21
number  28:18,20
  28:20,21
numbers  22:19
  30:11

o

o  2:1
o.j.  13:22 40:23
  41:18
obviously  8:3 20:3
  36:19
offenses  36:5
offer  13:11
offers  23:6
office  1:6 3:4 5:19
  5:21,24 6:5,8,13,15
  6:19,22 7:5,6,13
  8:12,17,21 9:8,9,20
  10:1,2,18 12:4,19
  13:6 14:12,25
  15:11,13,19,20,21
  19:2 21:5,25 23:1
  26:21 28:3 31:20
  34:23 38:15,15
  42:3,18 44:1
officer  22:8 27:7
  35:20
officers  26:8,11
  40:4,7
oh  17:5,5 26:8,10
  27:11 34:5,7 35:14
  38:8
okay  2:2,21 3:1
  7:19 12:22 13:14
  17:21 21:2,3 24:9
  26:17 28:6 33:5
  34:19,21 35:12
  38:2 40:8,15,21
  41:19,25
once  9:23 10:18
  35:17 46:1

ones  38:21
open  16:22 44:23
opened  14:8
opponents  13:4
opportunity  37:4
order  6:3 9:4 30:6
organization  39:13
  40:10,11,13,16
  41:14
outcome  27:13,14
outgoing  17:23
outside  15:20

p

p  2:1
p.m.  17:15
pages  1:13
paper  17:1,6
parents  22:9,11
park  44:10
part  12:25 18:10
  22:2 29:23 39:13
parties  47:14,15
party  20:7,9,20
patrick  14:2
pay  11:18 38:22
paying  44:8,13
penalty  28:7,13
  29:11,17 30:7
people  3:18 4:2,19
  6:4,7 7:15,16,21,22
  8:21 9:4,6,19 10:1
  10:2,4,5,9,15,20
  11:24 12:1,2,19
  14:20,24 15:7,19
  15:23 17:7 18:4
  20:14 21:16 22:17
  22:23 24:7 26:16
  26:20 28:25 29:4
  31:21 35:25 36:4
  36:24 41:14 42:1,9
  42:24 43:12,14,16

44:6
people's  9:24
percent  30:4,6
performance  17:23
period  18:9
permission  6:2
person  4:21 13:9
  15:17,18 17:6,19
  24:25 27:7 32:5
  42:11 44:9,14
phone  16:23
pick  3:13 16:23
place  6:20 10:7
  24:25 43:11
placement  28:4
places  14:15,16
plaintiff  1:3
platform  18:11
  42:9
play  19:16
plays  22:2
pleaded  23:7
plenty  12:1,2 15:19
plucking  32:15
podcast  2:14 45:13
  46:2
point  18:2 31:18,25
police  21:24 22:2
  26:7,17 35:19 40:6
policies  22:3
politician  19:6
polls  2:9 44:22
pompano  3:7 45:4
  45:15
position  18:19
  19:10,11
power  24:14
practice  38:20
practices  22:2
president  39:5,6

pretenders  7:8
pretty  13:17
prison  11:5 13:5,9
  32:6,6,8,16
private  38:20
privilege  19:24
pro  24:6 37:21 38:4
  38:5,8,12,16,18,20
probably  17:8
problem  2:17 8:22
  8:23 21:7 25:24
  26:14 30:8 41:23
procedures  22:3
proceedings  47:8
productive  44:12
program  5:7,9,12
programs  26:18,19
  26:22 27:20 42:22
  42:23 43:1
prohibited  38:16
property  33:4
prosecuted  3:19
prosecutors  24:22
prove  32:1 36:8
proved  37:10,11,12
  37:14
proven  29:1
provide  43:14
providing  9:3 27:1
public  1:6,7,12 2:4
  2:25 3:3,4,6 5:19
  5:20,23 6:4,8,13,14
  6:19,22 7:5,6,8
  8:11,17 9:8,12,19
  10:13 12:19 17:23
  18:23 19:1 21:5,6
  24:8 25:11,15
  27:23 34:23 38:14
  42:3,18 44:1 45:6,7
  45:11 47:6,25

pulse  39:3 40:2,20
puppet  14:12,16,16
puppets  14:23
put  4:15 34:8 35:8
  40:3

q

question  8:10
  13:15 17:22 20:4,5
  20:13,23 21:3 28:9
  31:8 34:22 37:21
  37:23,24 38:3
questionable  29:14
quite  19:21,21

r

r  2:1
race  6:21 22:2,2,22
  45:11
racial  21:7,11
  23:17
racist  41:15
raised  45:4
read  3:12
real  3:18 7:9 29:20
  29:24
realize  28:16
reallocation  26:17
really  6:25 7:1 8:16
  8:16 14:8 18:11
  19:20 24:2 25:9
  30:1,23 31:14
  33:21,23 34:8
  35:13 36:3 41:2
reason  32:16
reasons  7:1
receiving  23:24
recidivism  43:21
record  47:9,12
reddick  39:4 40:2
  40:17

reduce  43:20
referred  12:22
reform  24:6 25:19
relation  41:3,4
relative  47:13,15
relay  13:11
release  13:9
relegated  21:15,16
reporter  47:1
represent  6:3,6 7:6
  8:3 36:1
representation
  7:20 15:6
representing  10:23
  11:8 36:3
republican  20:19
  20:19
requested  47:11
required  38:22
resource  26:18
resources  27:23
  43:3,6
respected  19:5
rest  3:25 46:3
retain  11:24
retention  5:8
return  11:14
reverse  13:8
review  47:10
revolving  11:14
  21:21
rho  39:8
riders  16:10
riding  16:10
right  8:6,7,8,8,9
  12:13 15:24,25
  18:14 19:10 24:12
  25:22 28:8 32:6
  33:23 35:10,15
  37:18,20 38:14
  39:1,3 44:22 46:4

**rights**  21:19,20
25:13 39:24 40:3,6
40:9,14
**robbery**  34:1
**role**  27:24
**roles**  9:13,14 26:11
26:15
**room**  30:5
**rpr**  1:11 47:6,24
**ruby**  1:2 2:3,5 3:2
45:3
**run**  2:25 7:2,18
**running**  20:4 24:5
45:6

**s**

**s**  2:1
**sacks**  19:1,2
**sacrifice**  9:5
**sad**  8:7,7
**salary**  9:5
**samples**  37:12
**saw**  6:21 12:5
13:22 14:2 35:22
**saying**  14:4 15:4
17:5 22:8,13 24:14
24:15 27:11 41:4,6
41:18
**says**  10:8
**schedule**  2:15
**school**  2:23 3:13
5:3,14,15,16,18
26:8
**schools**  22:4,12
**science**  29:1
**scoring**  32:5
**season**  31:21
**seasons**  32:13
**second**  3:10 21:3
21:17,18 31:18
38:1,7 43:15

**see**  3:21 4:17,19
9:22 14:14 15:5,8
16:2,3,10 19:1 22:1
25:15 29:17 31:9
31:12 33:22 39:16
39:18 43:21
**seeing**  31:19
**seek**  44:20
**seen**  44:25
**select**  15:20
**sending**  16:19,20
16:21 32:19
**sense**  26:25 32:21
**sensitive**  30:17
**sent**  30:13 32:20
**sentence**  27:16
28:25
**sentenced**  13:5
**sentences**  23:8,24
31:24
**sentencing**  22:23
**sentimental**  28:9
**sentiments**  18:21
**sexual**  37:13
**shame**  4:15
**shameful**  6:22
**shiny**  17:4
**shirt**  5:1
**shoes**  35:8
**short**  10:21 20:12
**shot**  17:8 30:24
**show**  18:13
**showed**  29:2
**side**  33:22
**sided**  34:9
**sigma**  39:8,10
**signature**  47:23
**signer**  3:11
**silent**  16:9
**silver**  24:23

**similar**  31:3,6
**simpson**  13:22
40:23
**sinful**  16:15
**single**  15:13 33:10
33:24
**sister**  29:7,16
**sit**  16:7,8,13,22
**sitting**  19:7 28:24
44:9
**situation**  8:16 30:2
37:2
**situations**  24:22
31:19 43:8
**skeptical**  13:21
14:6
**slavery**  23:11
**sleeping**  44:10
**smith**  1:11 47:6,24
**social**  27:23 28:1
39:7
**sold**  3:15
**sole**  3:10
**solidarity**  7:13
15:12,15
**somebody**  7:23
10:8 22:22 30:14
36:1
**somebody's**  16:23
**someone's**  12:8
**son**  31:4
**soon**  35:18 36:20
**sorority**  39:8
**sorry**  21:4 38:9
**sort**  32:2
**speak**  15:2 16:14
42:9
**specific**  41:17
**specifically**  34:14
**specify**  34:15

**spirals**  27:17
**spoons**  24:23
**stacked**  29:21
**staff**  10:2
**stand**  35:19
**standing**  24:18
**start**  2:21 26:5
35:22
**started**  16:1
**state**  1:12 4:24 5:3
5:6,13 10:14 13:6
14:11,15 15:13,14
21:4,25 23:14 24:3
24:4,13,20 25:10
28:20 31:9,11
35:22 36:8 38:15
47:3
**stated**  42:21
**statements**  41:7,10
**statistics**  23:2
**statute**  24:11 31:9
31:11 38:16
**stay**  9:4,5 12:1,10
16:9 23:4
**staying**  44:15
**stems**  23:11
**stenographic**  47:12
**step**  12:9
**steppingstone**  4:18
**steps**  26:3,4,6
**stereotype**  7:4
**stop**  10:16 16:20,20
27:3,3
**stopping**  46:1
**stories**  30:17 37:11
**story**  36:12,14 42:9
**strawberries**  3:14
**streets**  4:4 22:16
43:18
**stuck**  21:21

students  5:10
stuff  3:19 7:11 8:3
    9:25 18:7 22:12,24
    26:23 29:21 32:12
    34:15
substance  42:23
sudden  43:9
summer  31:20
supervision  6:4
supervisor  6:12,23
    6:23
support  28:13
    45:19
supreme  6:2
sure  21:10 25:11
    27:1,18 28:5 29:4
    30:3 42:20 43:14
    43:16
system  7:22 16:5
    21:8,15 23:10
    29:23 42:17 43:15
    44:18

t

t.j.  39:4 40:2,17
take  4:13 10:7
    18:10 22:24 26:4
    26:14 27:7 28:3
    35:17
taken  21:19
takes  27:24
talk  2:15 21:23
    22:5,10 40:5 45:13
    45:19
talked  5:6
talking  14:12 29:13
    41:5 46:2
tallahassee  8:20
    10:3,14 12:6
tampa  47:18
task  34:24 35:2

taxpayers  44:8,13
teach  4:22
team  45:14
tell  2:22 4:19,21
    7:13 10:24 14:7,24
    15:11 16:24 18:17
    23:18 24:19 28:12
    33:16,19 36:11
    37:1 42:1,9 44:12
telling  4:2 12:3
    37:5,6,7,8
tells  19:23
ten  4:4
tend  26:7
texted  35:20
thank  2:7,13 12:13
    25:22 34:19 41:21
    41:21 44:25 45:2,3
    45:9 46:1
theft  33:3
thing  21:9 24:2
    40:22
things  9:18 13:22
    14:3,8,24 16:18,18
    18:1 19:4 22:14,15
    25:7 26:2,14 35:7
    41:15 43:20
think  3:23 7:9 12:6
    12:20 16:17 17:25
    18:6,8 19:14 22:20
    31:10 32:12,12
    36:8 40:24,25
    43:23,24
thinking  27:6 33:7
    34:2,16
thought  3:24,25 4:8
    4:12
three  5:13,16 6:7
    8:11,14 9:10 32:8
    38:9

throw  17:9
tid  40:24
time  2:15 5:18 9:11
    10:21 17:25 18:10
    18:22 19:19,19,21
    19:21 29:1,2 33:11
    34:16 36:16 37:6,7
times  3:18 37:1
tired  2:8
today  12:16 42:6
    42:15
told  4:3 6:23 13:19
    35:19,20 36:14
tom  27:4
tomorrow  42:15
top  42:15
totally  30:14 42:5
    42:16
tracking  21:11
    22:19
trafficked  3:20
trafficking  3:17
train  6:25 7:2,25
    40:4
training  25:14
transcribe  47:8
transcribed  1:11
transcript  47:9,10
    47:11
transcription  46:7
    47:10
transferred  6:9
trash  12:4 17:9
treat  43:4
treated  12:3 15:7
treating  9:6
treatment  26:19,22
    27:3 28:5 37:14
    42:21,22,23 43:1
tree  31:23 32:4,14
    32:15

trespass  32:4,25
trespassing  44:11
trial  13:23 17:15
    35:2 36:12 40:23
    41:18
trick  8:18
trickle  8:19 10:17
tried  10:25 11:3,6
    17:11,12,12,19
    18:25 33:6,25
    36:17,21
triumph  29:25
true  14:22 24:7
    31:17 47:9,11
truly  29:16 33:13
    33:15
truth  37:5,6,7,8
try  6:6 11:2 33:10
    33:22 35:7
trying  9:14 16:12
    18:6 19:3 25:16
    28:24 34:3 35:4
    36:10 43:4
turned  30:24
tv  3:21 16:16 18:13
twice  9:23
two  4:4 5:16 8:13
    9:10,24 31:20
type  12:23
types  26:14 43:20

u

uh  8:1 11:21 14:1
    20:1 21:1 32:22
    37:22 41:20
unbelievable  11:22
uncle  27:25
understand  9:12
    16:7 23:8 24:8,24
    25:3,3 31:16 32:23
    41:19 42:16,24
    44:6

[unfold - zealous]

unfold  35:22
unfortunately
  37:20
unit  3:5
university  4:24 5:7
  5:13
upsilon  39:9

**v**

valle  1:4
verdict  17:11,18
version  34:10
village  43:25 44:7
visit  9:16
visits  19:14
volunteer  5:22
vote  2:11,12 25:7
  30:7 44:21,25
voted  19:8,10 42:14
voters  19:8,10 42:2
  42:10
votes  20:22
voting  21:20 44:23
vs  1:4

**w**

waive  24:20
walk  29:15 30:24
  37:2
want  2:13 6:20 7:2
  7:10,15,24 8:2,25
  12:7 16:24 24:16
  26:13,23 27:12
  30:12 32:23 35:7,9
  37:3,16 40:22
  42:10 45:7,13
wanted  5:25 7:1
  14:21 18:3 19:11
  32:5 34:6,8 36:24
wanting  2:24,24
  12:5 25:8

warning  22:10
way  21:12 25:1
  33:13 43:21
wayne  7:23 12:14
  12:15,18 13:14
  14:2,6,11,14,19
  16:6,12 17:10,21
  18:14 19:23 20:2
  25:23,25 28:6 29:6
  30:15,20 31:3,15
  32:22 33:5 34:19
  38:3 39:23 40:9,15
  40:21 41:8,19,21
  45:2 46:6
weapon  34:1
week  9:23
weekdays  44:24
weekends  44:23
welcome  2:19,20
went  2:23 4:23,23
  5:2,11,11,14,16
white  19:23 23:24
willing  12:1
win  33:11,11 34:7
  45:11
wish  45:7
woman  30:22 35:5
  35:11
woman's  35:8
women  16:9,10
  39:12
won  36:13
wonder  43:12
wonderful  36:12
words  14:1
work  3:24 5:24 7:7
  9:22,23 37:21 38:5
  38:8,12,17,18 39:2
  39:15
worked  5:19 6:4
  9:8 36:21 39:25

worker  27:23 28:1
working  34:23
  43:19
works  4:16 28:14
worried  4:9
wow  11:22 12:15
  31:1 36:18 37:9
wrist  36:22
write  3:12
wrong  15:3 28:22
wrongful  28:18,19
  30:9
wrote  17:5

**y**

yard  32:24
yeah  8:5 11:15,21
  11:21,23 14:18
  17:10 24:1 29:18
  30:21,25 31:2,15
  38:5,21 39:16
years  3:7 5:13,17
  6:8 9:9,10 13:23
  17:20 19:2 21:13
  22:21 32:8,10,10
  36:16,20 38:9
  39:13
yep  8:5 13:24,24
  14:5 16:11 20:1,15
  45:17
youngest  6:14

**z**

zealous  24:16
  25:12 42:12

FLORIDA RULES OF CIVIL PROCEDURE

Rule 1.310

(e) Witness Review. If the testimony is
transcribed, the transcript shall be furnished to
the witness for examination and shall be read to or
by the witness unless the examination and reading
are waived by the witness and by the parties. Any
changes in form or substance that the witness wants
to make shall be listed in writing by the officer
with a statement of the reasons given by the
witness for making the changes. The changes shall
be attached to the transcript. It shall then be
signed by the witness unless the parties waived the
signing or the witness is ill, cannot be found, or
refuses to sign. If the transcript is not signed by
the witness within a reasonable time after it is
furnished to the witness, the officer shall sign
the transcript and state on the transcript the
waiver, illness, absence of the witness, or refusal
to sign with any reasons given therefor. The
deposition may then be used as fully as though
signed unless the court holds that the reasons
given for the refusal to sign require rejection of



the deposition wholly or partly, on motion under
rule 1.330(d)(4).

DISCLAIMER: THE FOREGOING CIVIL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019. PLEASE REFER TO THE APPLICABLE STATE RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.